PER CURIAM.
AFFIRMED. See Lindsey v. J.R. & R. Enters., 575 So.2d 1296 (Fla. 1st DCA 1990); Williams v. Amax Chem. Corp., 543 So.2d 277 (Fla. 1st DCA 1989). And see Thorarinsson v. Robert F. Wilson, Inc., 563 So.2d 710 (Fla. 1st DCA 1990); Firestone Tire & Rubber v. Knowles, 561 So.2d 1293 (Fla. 1st DCA 1990); King Lumber Co. v. Bloomfield, 560 So.2d 389 (Fla. 1st DCA 1990); Mr. C’s TV Rental v. Murray, 559 So.2d 452 (Fla. 1st DCA 1990).
ALLEN and WOLF, JJ., concur.
ERVIN, J., specially concurs with written opinion.